UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

IN RE:                                                           CHAPTER 13 PROCEEDING:
MELVIN TINDLE                                      05-10109-B-13
DEBTOR

**TRUSTEE'S MOTION TO PAY FUNDS INTO THE COURT REGISTRY**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

    COMES NOW, CINDY BOUDLOCHE, Chapter 13 Trustee in the above referenced Chapter 13 proceeding and files this Trustee's Motion to Pay Funds into the Court Registry and would respectfully show the Court the following:

    1.   Debtor filed a petition for relief under the provisions of Chapter 13 of Title 11 of the United States Code on Wednesday, Jan 26, 2005.

    2.   This Honorable Court has jurisdiction over this motion pursuant to the provisions contained in 28 U.S.C. Section 1334. This is a core proceeding pursuant to the definition contained in 28 U.S.C. Section 157. Venue is in this Honorable Court pursuant to 28 U.S.C. Section 1408.

    3.   Trustee has standing to file this motion pursuant to 11 U.S.C. Section 347(a).

    4.   Trustee has been unable to locate the following creditor at the address listed below.

    ESTEBAN M RODRIGUEZ
    418 PINTAIL
    SAN BENITO, TX  78586

    5.   As a result, funds owed to the creditor in the amount of $521.93 by the above referenced Debtor should be reserved by the Registry of the Court.

WHEREFORE, PREMISES CONSIDERED, the Chapter 13 Trustee prays this Honorable Court will grant the Trustee's Motion to Pay Funds into the Court Registry.

Respectfully Submitted:  Tue, April 13, 2010

                                                                                          Cindy Boudloche
                                                                                          Chapter 13 Trustee
                                                                                         555 N. Carancahua  Ste 600
                                                                                         Corpus Christi, TX  78401-0823
                                                                                         (361) 883-5786

#109

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

IN RE:  CHAPTER 13 PROCEEDING:
MELVIN TINDLE  05-10109-B-13
DEBTOR

CERTIFICATE OF SERVICE

I, Cindy Boudloche , do hereby certify that on Apr 13, 2010, a copy of the foregoing Trustee's Motion to Pay Funds into the Court Registry was served electronically or by United States Mail to the parties listed below:

*Cindy Boudloche*

Cindy Boudloche ,Chapter 13 Trustee


MELVIN TINDLE  ABELARDO LIMON JR
22275 JOINES RD  890 WEST PRICE ROAD
SAN BENITO, TX  78586  BROWNSVILLE, TX  78520

ESTEBAN M RODRIGUEZ
418 PINTAIL
SAN BENITO, TX  78586